In the Matter of Francis W. Sutton, Appellant, against James T. Cross, a Justice of the Supreme Court, et al., Respondents.

Submitted October 18, 1940; decided November 19, 1940.

*Francis W. Sutton,* appellant in person.

*Dwight N. Dudo, District Attorney,* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.